■ In the Matter of ELIAS KALIMIAN, as Trustee, Appellant, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County (Karla Moskowitz, J.), entered on March 9, 1990, unanimously affirmed for the reasons stated by Karla Moskowitz, J., without costs. No opinion. Concur—Sullivan, J. P., Carro, Wallach and Rubin, JJ.